IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XAVIER CASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. **3:13-cv-00303-JPG-PMF** |
| | ) |
| MICHAEL ATCHINSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case comes before the Court for case management purposes. On December 11, 2013, this court issued a detailed order warning Plaintiff that, unless additional information was filed within 30 days concerning service of process with respect to Defendant Cash (Ash), he would dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* Doc. 42. As of this date, Plaintiff has not provided any further information that has proven to be useful in identifying Defendant Cash. Accordingly, good cause for an extension of time has not been demonstrated, and it is recommended that Defendant Cash be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SO RECOMMENDED.

DATED: June 24, 2013.

*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE